IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 15 2006
Property of U.S. District Court
District of Rhode Island

| | |
|---|---|
| WALLACE A. REID,<br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security.<br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 05-471A<br>)<br>)<br>)<br>) |

**ORDER UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)**
**REVERSING AND REMANDING THIS MATTER TO THE**
**TO THE COMMISSIONER OF SOCIAL SECURITY**

Pursuant to the power of this Court to enter an order and judgment affirming, modifying or reversing the Commissioner's decision with a remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. section 405(g), the parties' request to remand this matter for the further administrative proceedings is hereby allowed.

Upon remand, the matter will be returned to an Administrative Law Judge ("ALJ") for the further development of the medical and psychological evidence to resolve the degree of restriction stemming from Plaintiff's impairments. The ALJ will further evaluate the Plaintiff's maximum residual functional capacity and will also allow the Plaintiff to update the medical evidence, as well as provide the Plaintiff with a new administrative hearing with the appearance of a vocational expert and a medical expert.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the matter to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**ORDERED** this 16th day of November, 2006.

_____
LINCOLN D. ALMOND
United States Magistrate Judge